```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

| | | |
|---|---|---|
| In re: | : | Chapter 11 Judge Sacca |
| | : | |
| 1400 NORTHSIDE DRIVE, INC., | : | Case No. 19-56846-JRS |
| d/b/a SWINGING RICHARDS, | : | |
| CUMMINS BEVERIDGE JONES, II, | : | Case No. 19-20853-JRS |
| a/k/a C.B. JONES, | : | |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 19-56846-JRS |
| _____ | : | |

REPORT OF SALE REGARDING 82.664 ACRES LOCATED ON FULLER MOUNTAIN
ROAD, FAIRMOUNT, PICKENS COUNTY, GEORGIA

COMES NOW Cummins Beveridge Jones, II, "Debtor" and debtor in possession herein, and files this "Report of Sale" showing that, as authorized pursuant to that certain "Order Granting Emergency Motion For Entry Of Order Approving Sale Of Approximately 80 Acres On Fuller Mountain Road, Fairmount, Georgia Free And Clear Of All Liens, Claims And Encumbrances, To Make Certain Disbursements At Closing, And For Related Relief" entered on February 26, 2020 [Doc. No. 117] ("Sale Order"), Debtor sold certain real property known generally as 82.664 acres located on Fuller Mountain Road, Fairmount, Pickens County, Georgia to John D. Pearson and Sandy C. Pearson, JTWROS.  The transaction closed on March 9, 2020 (the "Closing").  As authorized by the terms of the Sale Order, certain disbursements were made at Closing all as more particularly set forth on the Sale Closing Statement executed at Closing, a true and correct copy of which is attached hereto as **Exhibit "A"**.  The Net Amount To Seller At Closing was deposited

into the Debtor's Debtor in Possession checking account.

Prepared and submitted by,
PAUL REECE MARR, P.C.
Attorneys for the Debtors

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar #471230
Suite 960
300 Galleria Parkway
Atlanta, GA 30339
770/984-2255

```
                   UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

In re:                                    :   Chapter 11 Judge Sacca
                                          :
1400 NORTHSIDE DRIVE, INC.,               :   Case No. 19-56846-JRS
d/b/a SWINGING RICHARDS,                  :
CUMMINS BEVERIDGE JONES, II,              :   Case No. 19-20853-JRS
a/k/a C.B. JONES,                         :
                                          :   Jointly Administered Under
    Debtors.                          :   Case No. 19-56846-JRS
_____         :

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *REPORT OF SALE REGARDING 82.664 ACRES LOCATED ON FULLER MOUNTAIN ROAD, FAIRMOUNT, PICKENS COUNTY, GEORGIA* using the Bankruptcy Court's Electronic Case Filing program which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case.

This the 28th day of April, 2020.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Suite 960
300 Galleria Parkway, N.W.
Atlanta, GA 30339
770-984-2255

**EXHIBIT "A" FOLLOWS**

Law Office of Marvin Rice, LLC
8302 Dunwoody Place, Suite 355
Atlanta, Georgia 30350
770.998.1997 Telephone
770.998.1967

### SALE CLOSING STATEMENT

| | |
|---|---|
| **Date of Transaction:** | March 9, 2020 |
| **Seller:** | Cummins Beveridge Jones, II a/k/a C. B. Jones, II |
| **Purchaser:** | John D. Pearson and Sandy C. Pearson, JTWROS |
| **Property Address:** | 82.664 acres, Fuller Mountain Road, Fairmount, Pickens County, GA |
| **File No.** | 748.20020 |

---

**TOTAL SALES PRICE:** $289,324.00

Less:
    Earnest Deposit ($4,000.00)     refunded

    Seller's pro rata share of 2020 taxes     ($1,486.50)

**ADJUSTED PURCHASE PRICE/GROSS AMOUNT REQUIRED FROM PURCHASER AT CLOSING:** $287,837.50

Less Seller's Expenses:

    Broker Commission to Atlanta Fine Homes Sotherbys
    (6% of $289,324.00 = $17,359.44)     ($17,359.44)

**NET AMOUNT TO SELLER AT CLOSING:** $270,478.06

---

1

| | |
|---|---:|
| **GROSS AMOUNT REQUIRED FROM PURCHASER AT CLOSING:** | **$287,837.50** |
| Plus Purchaser's Expenses: | |
| Transfer Taxes to Pickens County Clerk of Court | $289.40 |
| Recording | $50.00 |
| Title Exam | $400.00 |
| Title Insurance Premium to North Georgia Title Services, Inc. | $565.50 |
| Attorneys' Fees and Expenses | $1,000.00 |
| Less: | |
| Earnest Money Credit | ($4,000.00) |
| **TOTAL AMOUNT FROM PURCHASER AT CLOSING** | **$286,142.40** |

**Earnest Money.** The undersigned acknowledge that Purchaser's earnest money in the amount of $4,000.00, has been retained by the Law Office of Marvin Rice, LLC and credited to the Purchaser.

**Tax Prorations.** Property taxes have been prorated based on 2019 taxes paid by Seller in the amount of $4,161.04 on 104.36 acres, resulting in a per acre allocation of $39.87. This sale consists of 82.664 acres, being 79% of the total tax parcel, or $3,287.22 of the total 2019 tax bill paid and a per diem tax rate of $9.01 ($3,287.87/365=$9.01). Seller's share of 2020 taxes is 68 days (68 x $9.01 = $612.68), resulting in a credit to Purchaser of $612.68. The portion of the tax parcel retained by Seller is 21.70 acres, as to which the remainder of the tax bill in the amount of $873.82 relates, which is the responsibility of the Seller. Purchaser has agreed to pay the entire 2020 tax bill on the subject property, resulting in a credit to Purchaser of Seller's share of $873.82. The total tax credit to Purchaser is $1,486.50 ($612.68+$873.82=$1,486.50). If the 2020 taxes are in amounts different from 2019, resulting in the taxes actually due being more or less than the amount used for the prorations herein, Purchaser and Seller agree to make such adjustments between and pay such sums one to the other as to accurately prorate taxes between themselves.

Purchaser and Seller agree to cooperate in executing any additional documents reasonably required to correct any errors in the purchase and sale documents or reasonably required to convey the subject property to Purchaser.

The undersigned Seller and Purchaser acknowledge that each has reviewed the above Closing Statement, approved the form and content thereof as true and correct, and do hereby authorize and direct the closing attorney to make the disbursements shown thereon.

"SELLER":

_____(SEAL)
**CUMMINS BEVERIDGE JONES, II**
A/K/A C. B. JONES, II


"PURCHASER":

_____(SEAL)
**JOHN D. PEARSON**


_____(SEAL)
**SANDY C. PEARSON**

3