UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 Judge Sacca |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | Case No. 19-56846-JRS |
| d/b/a SWINGING RICHARDS; | : | |
| CUMMINS BEVERIDGE JONES, II | : | Case No. 19-20853-JRS |
| a/k/a C.B. JONES, | : | |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 19-56846-JRS |
| | : | |
| CUMMINS BEVERIDGE JONES, II, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Contested Matter |
| | : | |
| SELECT LOAN SERVICING; | : | |
| CAPITAL CITY HOME LOANS, LLC; and | : | |
| PICKENS COUNTY TAX COMMISSIONER; | : | |
| | : | |
| Respondents. | : | |

AMENDED REPORT OF SALE OF 8570 HENDERSON MOUNTAIN ROAD, FAIRMOUNT,
GEORGIA TO THOMAS HOOD AND JANETH HOOD

COMES NOW Cummins Beveridge Jones, II, "Debtor" and debtor in possession herein, and files this *Amended Report of Sale* showing that, as authorized pursuant to that certain *Order Approving Motion For Entry Of Order Approving Sale Of 8570 Henderson Mountain Road, Pickens County, Fairmount, Georgia, Free And Clear Of All Liens, Claims And Encumbrances, To Make Certain Disbursements At Closing, And For Related Relief* entered on March 17, 2021 [Doc. No. 242] (the "Sale Order"), Debtor sold certain residential real estate (house and lot) located in Pickens County, Georgia having a street address of 8570 Henderson Mountain Road, Fairmount, Georgia to Thomas Hood and Janeth Hood. The transaction closed on March 19,

2021 (the "Closing").  As authorized by the terms of the Sale Order, certain disbursements were made at Closing all as more particularly set forth on the Settlement Statement executed at Closing, a true and correct copy of which is attached hereto as **Exhibit "A"**.  The net amount to seller at Closing was paid into the Debtor's Debtor in Possession checking account.

Prepared and submitted by:
PAUL REECE MARR, P.C.
Debtor's attorney

 /s/ Paul Reece Marr
Paul Reece Marr
GA Bar # 471230
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
telephone: (770) 984-2255
email: paul.marr@marrlegal.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 Judge Sacca |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. d/b/a SWINGING RICHARDS; | : | Case No. 19-56846-JRS |
| CUMMINS BEVERIDGE JONES, II a/k/a C.B. JONES, | : | Case No. 19-20853-JRS |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 19-56846-JRS |
| | : | |
| CUMMINS BEVERIDGE JONES, II, | : | |
| Movant, | : | |
| v. | : | Contested Matter |
| SELECT LOAN SERVICING; CAPITAL CITY HOME LOANS, LLC; and PICKENS COUNTY TAX COMMISSIONER; | : | |
| Respondents. | : | |

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *AMENDED REPORT OF SALE* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case.

This the 29th day of March, 2021.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

PAUL REECE MARR, P.C.
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
telephone: (770) 984-2255
email: paul.marr@marrlegal.com

—3—

**EXHIBIT "A" FOLLOWS**

# Master Settlement Statement

O'Kelley & Sorohan, Attorneys at Law, LLC
540 Lake Center Parkway
Suite 204
Cumming, GA 30040
Phone: (678)513-9330   Fax: (678)513-9333

| | |
|---|---|
| Settlement Date: | 03/19/2021 |
| Escrow officer/Closer: | Michelle Duffy |
| Order Number: | 07-166996-REG |
| Buyer: | Thomas Hood and Janeth Hood<br>218 Country Club Drive<br>Greenville, NC 27834 |
| Seller: | C. B. Jones, II AKA Cummins Beveridge Jones, II AKA Cummins Beveridge Jones |
| Property location: | 8570 HENDERSON MOUNTAIN RD<br>Fairmount, GA 30139 |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial Consideration** | | |
| | 845,000.00 | Sale Price of Property | 845,000.00 | |
| | | Deposit | | 8,000.00 |
| | | **Prorations/Adjustments** | | |
| 1,029.14 | | County Taxes 01/01/21 - 03/19/21 | | 1,029.14 |
| | | **Commissions** | | |
| 25,350.00 | | Listing Broker Commission to 515 Life Real Estate Company LLC | | |
| 25,350.00 | | Selling Broker Commission to Keller Williams Realty Community Partners | | |
| | | **Other Loan Charges** | | |
| | | E Recording to Simplifile/Clerk of Superior Court | 4.50 | |
| | | **Escrow/Title Charges** | | |
| | | Buyer Post Closing Fee to O'Kelley & Sorohan, Attorneys at Law, LLC | 75.00 | |
| | | Examination Fee to O'Kelley & Sorohan, Attorneys at Law, LLC | 225.00 | |
| 75.00 | | Seller Post Closing Fee to O'Kelley & Sorohan, Attorneys at Law, LLC | | |
| | | Settlement Fee to O'Kelley & Sorohan, Attorneys at Law, LLC | 785.00 | |
| | | Owner's Title Insurance to O'Kelley & Sorohan, Attorneys at Law, LLC<br>Coverage: 845,000.00<br>Premium: 2,890.35<br>Version: ALTA Homeowner's Policy of Title Insurance (02-03-10) | 2,890.35 | |
| | | **Recording Charges** | | |
| | | Recording Fees to Simplifile/Clerk of Superior Court | 25.00 | |
| | | Transfer Tax to Simplifile/Clerk of Superior Court | 845.00 | |
| | | **Payoffs** | | |
| 281,631.30 | | Payoff of First Mortgage Loan to Specialized Loan Servicing, LLC<br>Loan Payoff         281,631.30<br>Total Payoff      281,631.30 | | |
| 59,758.03 | | Payoff of Second Mortgage Loan to Capital City Home Loans, LLC.<br>Loan Payoff         59,713.78<br>Additional Interest From:      44.25<br>03/19/21 Through:<br>03/24/21 @ 8.850000 Per Diem<br>Total Payoff       59,758.03 | | |
| | | **Miscellaneous Debits/Credits** | | |
| 1,120.50 | | Electrical Repairs to Jeff Newman | | |
| 1,325.00 | | Glass Repairs to The Glass Shack LLC | | |
| 740.00 | | Home Warranty to Home Buyers Resale Warranty Corporation | | |
| 1,350.00 | | Pool Lights to Summertime Pools | | |

## Master Settlement Statement

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Miscellaneous Debits/Credits (continued) | | |
| | | Septic Service to A&A Plumbing $100.00 paid outside closing by Seller | | |
| 397,728.97 | 845,000.00 | Subtotals | 849,849.85 | 9,029.14 |
| | | Balance Due FROM Buyer | | 840,820.71 |
| 447,271.03 | | Balance Due TO Seller | | |
| 845,000.00 | 845,000.00 | TOTALS | 849,849.85 | 849,849.85 |

## ACKNOWLEDGMENT AND RECEIPT OF SETTLEMENT STATEMENT

Date: March 19, 2021
Purchaser: Thomas Hood and Janeth Hood
Seller: C. B. Jones, II AKA Cummins Beveridge Jones, II AKA Cummins Beveridge Jones
Property Address: 8570 HENDERSON MOUNTAIN RD, Fairmount, GA 30139
Settlement Agent: O'Kelley & Sorohan, Attorneys at Law, LLC

Purchaser and Seller acknowledge that each has received, reviewed, and approved the entries appearing on this Settlement Statement, and each acknowledge receipt of a copy of same. Seller acknowledges receipt of payment in full of the proceeds due from the settlement and warrants the correctness of all payoff amounts for outstanding liens and encumbrances attached to Seller and/or the property. If any party receiving a payoff as set forth in the Settlement Statement refuses to accept that amount tendered, the party obligated to make such payoff (Purchaser or Seller) agrees to immediately pay to Settlement Agent sufficient additional funds to make such payment acceptable to the refusing/receiving party.

Purchaser, Seller and all other parties to this transaction, including those receiving real estate brokerage commissions, acknowledge that all checks issued by settlement agent and its release or recording of all documents are contingent upon all checks, sight drafts and other instruments accepted as payment for amounts due under this transaction being honored for payment by the institution on which such instruments are drawn. Purchaser and Seller agree to indemnify and hold settlement agent harmless from any loss or damage suffered by them as a result of any negotiable instrument being dishonored or as a result of the authorized action of settlement agent.

Purchaser and Seller acknowledge that the Settlement Agent serves as transaction agent only and does not represent Seller or Purchaser in any matter related to this transaction. Purchaser and Seller acknowledge that they did not receive or rely upon any advice from said closing attorney regarding any matter related to or a part of this transaction. Purchaser acknowledges that the charges for title insurance shown on lines 1108, 1109 and 1110 include fees and compensation to Settlement Agent as the closing attorney and as an agent of the title insurance company underwriting this transaction.

Purchaser and Seller agree that the terms and conditions of the contract between them not performed before or at closing shall survive the closing and not be merged into or by the delivery of the warranty deed, except as otherwise agreed in said contract.

If any computation, charge or proration required by the contract of sale is erroneous or omitted, for any reason, Purchaser and Seller agree to re-prorate or adjust based on the correct figures as determined by the contract and to remit such sums to correct such error or omission. Purchaser and Seller agree that should any inadvertent errors or omissions later be discovered in any documents executed at settlement, they shall promptly execute corrective documents. Any excess recording costs are inadvertent and will be refunded upon written request. Purchaser and Seller acknowledge that settlement agent makes no representations as to the status of any outstanding or past due water, sewerage or other utility bills applicable to the property. The status of such items shall be determined by and are the responsibility of the Purchaser and Seller.

If the proration of ad valorem property taxes, assessments or any other fee is made based on estimated amounts prior to receipt of current amounts due, Purchaser and Seller agree to adjust said prorations based on the actual base amount due between themselves after closing and to immediately remit to the other the funds to make said proration correct. If the current year ad valorem property tax bill has not been issued prior to the date of closing, seller assigns the liability for the payment to the Purchaser and Purchaser accepts such assignment, and Purchaser agrees to pay in full by current year due date Seller agrees to immediately forward any subsequent bills or notices received to Purchaser and to immediately remit to Purchaser the amounts for any taxes, assessments, penalties, interest or any other fees due, resulting from any assessment, reassessment or rebill, attributed to the time prior to the closing date.

Purchaser hereby acknowledges that he/she/they are solely responsible to file a real property tax return and/or homestead exemption application with the county tax commissioner in which the property lies as required by law. Seller warrants that all required tax returns and applicable exemption applications have been filed for the current tax year. Seller further agrees to reimburse Purchaser for any penalties caused by Seller's failure to file a proper and timely tax return.

**SUBSTITUTE FORM 1099 SELLER STATEMENT:** The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 constitutes the Gross Proceeds of this transaction.

**SELLER INSTRUCTIONS:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040). You are required by law to provide O'Kelley & Sorohan, Attorneys at Law, LLC (582577994) with your correct taxpayer identification number.

Purchaser/Borrower:

_/s/ Thomas Hood_
Thomas Hood

_/s/ Janeth Hood_
Janeth Hood

Seller:

_/s/ C. B. Jones, II_
C. B. Jones, II AKA Cummins Beveridge Jones, II AKA Cummins Beveridge Jones

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.

O'Kelley & Sorohan, Attorneys at Law, LLC

By: _____
Settlement Agent