IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| 1400 NORTHSIDE DRIVE, INC.[1] | : Chapter 11 |
| d/b/a SWINGING RICHARDS; | : |
| CUMMINS BEVERIDGE JONES, II[2] | : Jointly Administered Under |
| a/k/a C.B. JONES, | : Case No. 19-56846-JRS |
| | : |
| Debtors. | : |

**THE GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO
THE DEBTORS' MOTION TO SELL ASSETS FREE AND CLEAR AND TO
THE DEBTORS' MOTION AUTHORIZING DISBURSEMENT OF FUNDS AND
DISMISSAL OF THESE CASES
[#294, #298, #307, #308]**

COMES NOW, the Georgia Department of Revenue (hereinafter "the Department"), by and through counsel, Christopher M. Carr, Attorney General for the State of Georgia, and files this Response to the Debtors' *Motion for Entry of Order Approving Sale of Assets Outside the Ordinary Course of Business to James Crawford Free and Clear of all Liens, Claims and Encumbrances, to Make Certain Disbursements at Closing, and for Related Relief*, [d.e. #294 & # 307], (hereinafter, "Sale Motion"), and to the Debtors' *Motion for Entry of Order Authorizing Debtors to Disburse Funds to Creditors and to Dismiss these Bankruptcy Cases*, [d.e. #298 & #308], (hereinafter, "Dismissal Motion"), and shows the Court the following:

1.

On May 2, 2019, 1400 Northside Drive, Inc. filed a voluntary petition under Chapter 11 and it being assigned case no. 19-56846. On May 2, 2019, Cummins Beveridge Jones, II, filed a

---

[1] Assigned case no. 1:19-56846-jrs (Atlanta Div.) .
[2] Assigned case no. 2:19-20853-jrs (Gainesville Div.).

voluntary petition under Chapter 11 and it being assigned case no. 19-20853. On May 9, 2019, an order approving joint administration of said cases was entered whereby both cases were consolidated and to be jointly administered under the lead case of 1400 Northside Drive, Inc., case no. 19-56846-jrs.

2.

On September 16, 2021, the Debtor, 1400 Northside Drive, Inc., filed an Objection to the Department's Proof of Claim No. 5. The Objection seeks disallowance of the Department's Claim No. 5 in its entirety. The Department seeks payment in-full of its Claim No. 5 filed in the Debtor's business case. The Department filed a Response in opposition to the Objection. Additionally, the Department seeks payment in full of its Claim No. 1-3, filed in the Debtor's individual case.

3.

On September 17, 2021, the Debtors filed a Sale Motion and a Dismissal Motion. The Sale Motion seeks approval to sell property to a buyer free and clear of liens, claims, encumbrances, and interests, with all valid liens, claims, encumbrances, and interests attaching to the proceeds of the sale in the same amount, validity, and priority as existed pre-petition and to make certain disbursements at closing. The Dismissal Motion seeks approval to make disbursements on certain claims, and not others, and to dismiss these cases thereafter. The Department opposes both Motions since neither Motion contemplates payment in-full of the Department's filed Proofs of Claim, Nos. 5-1 and 1-3, ("Claims"). The Department seeks payment in-full of both Claims either at closing or upon further order of the Court. Further, interest on any of the Department's Claims should be pursuant to 11 U.S.C. § 511.

4.

To the extent that the Debtors' tax obligations are not current, the Department seeks compliance with said tax obligations before the closing of the sale transaction and certainly before dismissal of these cases.

WHEREFORE, the Georgia Department of Revenue respectfully requests that the Court deny the Debtors' Motions, provide for payment in-full of the Department's Claim Nos. 5-1 and 1-3, provide for compliance with tax obligations, if any are due and owing, and grant such other and further relief as the Court deems just and proper.

Dated:  October 18, 2021

        Respectfully submitted,

        CHRISTOPHER M. CARR    112505
        Attorney General

        JULIE ADAMS JACOBS     003595
        Deputy Attorney General

        /s/ Logan Winkles                                  .
        LOGAN WINKLES           136906
        Assistant Attorney General

        /s/ Whitney Groff_____
        WHITNEY GROFF           738079
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing ***The Georgia Department of Revenue's Response to the Debtors' Sale Motion and Dismissal Motion*** was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**The following Parties have been served via email:**

Paul Reece Marr - Debtors' Attorney;

David S. Weidenbaum, U.S. Trustee;

**The following parties have been served via U.S. Mail:**

1400 Northside Drive, Inc.
1400 Northside Drive, NW
Atlanta, GA 30318

Cummins Beveridge Jones, II
8570 Henderson Mountain Road
Fairmount, GA 30139

Dated: October 18, 2021

/s/ Whitney Groff           .
WHITNEY GROFF       738079
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

WHITNEY GROFF
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3265
Fax: (404) 657-3239
wgroff@law.ga.gov