UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 Judge Sacca |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | Case No. 19-56846-JRS |
| d/b/a SWINGING RICHARDS; | : | |
| CUMMINS BEVERIDGE JONES, II | : | Case No. 19-20853-JRS |
| a/k/a C.B. JONES, | : | |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 19-56846-JRS |
| _____ | : | |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | |
| d/b/a SWINGING RICHARDS; | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | Contested Matter |
| | : | |
| MITCHELL D. BENJAMIN, LLC; | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**OBJECTION TO SUPPLEMENTAL PROOF OF CLAIM NO. 6
OF MITCHELL D. BENJAMIN, LLC**

1400 Northside Drive, Inc. ("Debtor" and "Movant" herein) hereby files this Objection to Supplemental Proof Of Claim No. 6 filed November 19, 2021 by Mitchell D. Benjamin, LLC ("Respondent") pursuant to Federal Rule of Bankruptcy Procedure 3007 and 11 U.S.C. § 502. In support of this Objection, Movant respectfully shows the following:

JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BACKGROUND

2. On May 2, 2019 ("Petition Date"), the above-named Debtors filed separate voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") through the offices of the undersigned. The Court entered Orders on May 9, 2019 administratively consolidating the bankruptcy cases under case number 19-56846. In accordance with §§ 1107(a) and 1108 of the Bankruptcy Code, Debtors are managing their respective affairs as debtors in possession.

3. The Court set September 1, 2019 ("Bar Date") as the deadline for creditors to file Proofs of Claim (Doc. No. 51).

4. Respondent filed Proof of Claim No. 6-1 on August 20, 2019, as amended by Proof of Claim No. 6-2 filed on June 19, 2020 (together, "Proof of Claim No. 6"), asserting a general unsecured claim in the amount of $159,263.28. Attached to Proof of Claim No. 6-1 and to amended Proof of Claim No. 6-2 is a copy of a Judgment filed on May 31, 2018 in the matter of *Robert Casey, Taylor Addy, Roger Wilson, Zachary Chastain, Travis Delduca Plaintiffs, vs. 1400 Northside Drive, Inc., d/b/a Swinging Richards; C.B. Jones, II*; Defendants, Civil Action File No. 1:16-CV-4517-SCJ, United States District Court, Northern District Of Georgia, Atlanta Division.

5. On November 19, 2021, Respondent filed its Supplemental Proof of Claim No. 6 ("Supplemental Claim") asserting a claim in the amount of $33,025.00 for fees and $382.86 for costs incurred since May 18, 2018. The asserted basis for the Supplemental Claim is "Judgment filed on 5/31/2018//Attorneys fees and costs.". In support of the Supplemental Claim, Respondent attached an itemization of expenses incurred in the aggregate amount of $382.86, of which $364.86 was apparently incurred post-judgment but pre-Petition and $18.00 of which was apparently incurred post-Petition. Respondent did not attach any documentation in support of its claim for fees in the amount of $33,025.00.

## RELIEF REQUESTED

5. Movant objects to Respondent's Supplemental Claim filed on November 19, 2021 and submits that it should be disallowed in its entirety.

## DISCUSSION

6. 11 U.S.C. § 502(a) provides that any claim for which a proof of claim has been filed shall be deemed allowed unless a party in interest objects. If an objection is filed, the Court, upon notice and hearing, shall determine the amount of such claim. 11 U.S.C. § 502(a).

7. As reflected in Proof of Claim No. 6, Respondent asserts a claim in the amount of $159,263.28 in connection with a pre-Petition judgment. Movant's liability to Respondent is fixed by the Judgment. Movant does not object to Proof of Claim No. 6.

8. However, there is no basis for the Supplemental Claim, whether it be for amounts allegedly incurred post-judgment or for amounts allegedly incurred post-Petition.

9. Respondent failed to attach any documentation to the Supplemental Claim in support of its claim for fees in the amount of $33,025.00. It is unclear what time periods this claim relates to, what services were rendered, and why the Debtor is liable for the same.

10. The Supplemental Claim was filed after the expiration of the Bar Date.

11. For the reasons stated above, the Supplemental Claim must be disallowed in its entirety.

12. Movant reserves the right to supplement this Objection as may be appropriate.

WHEREFORE, Movant prays that this Objection be considered and sustained and that the Court grant such other and further relief as it deems just and proper.

Dated: November 29, 2021

Prepared and submitted by,
PAUL REECE MARR, P.C.
Attorneys for Movant

 /s/Paul Reece Marr
Paul Reece Marr
Georgia Bar No. 471230
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 Judge Sacca |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | Case No. 19-56846-JRS |
| d/b/a SWINGING RICHARDS; | : | |
| CUMMINS BEVERIDGE JONES, II | : | Case No. 19-20853-JRS |
| a/k/a C.B. JONES, | : | |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 19-56846-JRS |
| _____ | : | |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | |
| d/b/a SWINGING RICHARDS; | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | Contested Matter |
| | : | |
| MITCHELL D. BENJAMIN, LLC; | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO SUPPLEMENTAL PROOF OF CLAIM NO. 6 OF MITCHELL D. BENJAMIN, LLC, OF DEADLINE FOR FILING RESPONSE, AND OF HEARING**

1400 Northside Drive, Inc. ("Debtor" and "Movant" herein) filed its Objection to Supplemental Claim No. 6 of Respondent Mitchell D. Benjamin, LLC on November 29, 2021 (the "Objection"). Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty-three (33) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303, and serve a copy on the Movant's

attorney, Paul Reece Marr, Esq., Paul Reece Marr, P.C., 1640 Powers Ferry Road, Building 24, Suite 350, Marietta, GA 30067, and any other appropriate persons, by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**The Objection:** As more particularly described in the Objection, pursuant to Federal Rule of Bankruptcy Procedure 3007 and 11 U.S.C. § 502, the Movant objects to Supplemental Claim No. 6 and seeks entry of an order declaring that Supplemental Claim No. 6 is denied in its entirety.

Movant objects to the following claim:

| Claim No. | Filed | Claimant | Amount |
|---|---|---|---|
| Supplemental Claim No. 6 | November 19, 2021 | Mitchell D. Benjamin, LLC<br>Attn: Mitchell Douglas Benjamin, Esq.<br>DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC<br>101 Marietta Street, Suite 2650<br>Atlanta, GA 30303 | $33,408.14 |

PLEASE TAKE FURTHER NOTICE that the Court will hold an initial telephonic hearing for announcements on the Objection at the following number: Toll-Free number 833-568-8864, Meeting ID 161 418 0533, at **10:30 A. M. on January 5, 2022** in Courtroom 1404, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with our attorney if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

Dated: November 29, 2021

Prepared and submitted by:
PAUL REECE MARR, P.C.
Movant's counsel

<u>/s/ Paul Reece Marr</u>
Paul Reece Marr
Georgia Bar No. 471230
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
Telephone: 770-984-2255
Email: <u>paul.marr@marrlegal.com</u>

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 Judge Sacca |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | Case No. 19-56846-JRS |
| d/b/a SWINGING RICHARDS; | : | |
| CUMMINS BEVERIDGE JONES, II | : | Case No. 19-20853-JRS |
| a/k/a C.B. JONES, | : | |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 19-56846-JRS |
| | : | |
| 1400 NORTHSIDE DRIVE, INC. | : | |
| d/b/a SWINGING RICHARDS; | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | Contested Matter |
| | : | |
| MITCHELL D. BENJAMIN, LLC; | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the attached *OBJECTION* and *NOTICE* using the Bankruptcy Court's Electronic Case Filing program which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case.

In addition, this is to certify that on this day true and correct copies of the documents were served by depositing the same in the United States Mail, postage prepaid and addressed to the following:

Mitchell D. Benjamin, LLC
Attn: Mitchell Douglas Benjamin, Esq.
DeLong Caldwell Bridgers Fitzpatrick &
Benjamin, LLC
101 Marietta Street, Suite 2650
Atlanta, GA 30303

T. Ogier
Ogier, Rothschild & Rosenfeld, PC
PO Box 1547
Decatur, GA 30031

This the 29th day of November, 2021.

      /s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
Telephone: 770-984-2255
Email: paul.marr@marrlegal.com